**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **ALLISON AMBROSE** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.   21-416** |
| | : | |
| **DELAWARE STATE UNIVERSITY,** *et* | : | |
| *al.* | : | |

## <u>ORDER</u>

**AND NOW**, this 26th day of August 2021, upon the filing of an Answer (ECF Doc. No. 25), it is **ORDERED**:

1.     Counsel and all parties are governed by this Court's Policies and Procedures at www.ded.uscourts.gov;

2.     We will hold an **INITIAL PRETRIAL CONFERENCE** via telephone on **September 9, 2021** at **2:00 P.M.**: (Dial-in Number: 888-278-0296; Access Code: 5723096#);

3.     The parties shall engage in early, ongoing and meaningful discovery planning proportional to the needs of your case including by: preparing the stipulation of undisputed facts for the Court's review at the Initial Pretrial Conference required in our Rule 26(f) report; disclosing insurance coverage; and, addressing the need for a F.R.E. 502 Order;

4.     The parties shall exchange the required initial disclosures under Fed. R. Civ. P. 26(a) and shall produce copies of the identified documents, on or before **September 2, 2021**;

5.     The discovery period begins with this Order and the parties shall exchange written discovery requests to each other and third parties immediately including focusing this initial discovery on information relevant to the most important issues available from the most easily accessible sources;

6.     After consulting with all parties, Plaintiff's counsel shall complete and file with the

Clerk the required Report of the Rule 26 (f) Meeting incorporating, at a minimum, <u>all</u> the information required in our Form Rule 26(f) Report (found on the Court website with our Policies and Procedures) on or before **Tuesday, September 7, 2021**;

7.      Lead trial counsel is required to appear at the conference. If trial counsel is on trial in another matter, an attorney in his or her office who is thoroughly familiar with this case is required to appear at the conference, and will then be designated as lead trial counsel for scheduling purposes; and,

8.      Lead trial counsel shall have addressed settlement with all parties and be prepared to discuss status of settlement, including authority from the clients to settle.

**KEARNEY, J.**