# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLISON AMBROSE, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>DELAWARE STATE )<br>UNIVERSITY, KAM KONG )<br>CHARLIES WILSON AND SCOTT )<br>THORNTON )<br>)<br>DEFENDANTS. ) | Case Number: 1:21-cv-00416 MAK |

## RULE 26(a)(1) DISCLOSURE REQUIREMENTS BY THE PLAINTIFF

Pursuant to Rule 26(a)(1) and the Federal Rules of Civil Procedure, Plaintiff Allison Ambrose submits this disclosure statement to Defendants, Delaware State University, Kam Kong, Charlies Wilson, and Scott Thornton. Plaintiff has not yet conducted discovery concerning its claims. Notwithstanding Plaintiff's good faith efforts, Plaintiff may not yet have discovered facts, legal theories, witnesses or documents, or inadvertently may have omitted facts, legal theories, witnesses or documents from this disclosure statement, which later may be deemed relevant. As additional information is discovered, Plaintiff will supplement this disclosure statement.

**A.   Identities of Individuals Likely to Have Knowledge of Discoverable Facts:**

1. Plaintiff, Allison Ambrose: *Knowledge of events as outlined in complaint.*
2. Defendant, Tony Allen: *Knowledge of events as outlined in complaint.*
3. Defendant, Kam Kong: *Knowledge of events as outlined in complaint.*
4. Defendant, Marwan Rasamny: *Knowledge of events as outlined in complaint.*
5. Defendant, Mary Hill: *Knowledge of events as outlined in complaint.*
6. Defendant, Charlies Wilson: *Knowledge of events as outlined in complaint.*
7. Defendant, Scott Thornton: *Knowledge of events as outlined in complaint.*
8. Defendant, D. Scott Gines: *Knowledge of events as outlined in complaint.*

**B.   Documents and Things in the Possession of Plaintiff**

Plaintiff do not currently have in her possession or physical control documents that may be used to support her actions at this time.

**C.   Computation of Damages**

The damages are currently unknown in detail.  Discovery and investigation are continuing and Plaintiff reserves the right to amend and/or supplement this Disclosure in accordance with the Federal Rules of Civil Procedure, Local Rules, and any applicable scheduling order.

**D.   Insurance Coverage**

1. N/A

**E.   Experts**

    1.   None at this time.

                               **THE POLIQUIN FIRM, LLC**

                               <u>/s/ Ronald G. Poliquin</u>
                               Ronald G. Poliquin, Esquire (DE No. 4447)
                               1475 S. Governors Ave.
                               Dover, Delaware 19904
                               P: 302-702-5501
                               F: 302-213-0042
                               Attorney for Plaintiff

Date: September 2, 2021